UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY PAPERNO and ROBERT GIBBANY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | Case No: 3:23-cv-05114-RFL<br><br>[~~PROPOSED~~] ORDER ON THE PARTIES' STIPULATED ENLARGEMENTS OF TIME TO COMPLETE BRIEFING ON WHIRLPOOL CORPORATION'S MOTION TO DISMISS<br><br>JUDGE: Hon. Rita F. Lin |

Before the Court is the Parties' Stipulated Enlargements of Time to Complete Briefing on Whirlpool Corporation's Motion to Dismiss, filed December 5, 2023. (ECF No. 30.) The stipulation is GRANTED. For the reasons stated in the stipulation, Plaintiffs shall file their opposition to the motion to dismiss on or before December 22, 2023, and Defendant's reply in support of the motion to dismiss, if any, shall be filed on or before January 12, 2024.

IT IS SO ORDERED, this 14th day of December, 2023.

_____
Hon. Rita F. Lin
United States District Judge