UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY PAPERNO, et al.,<br><br>      Plaintiffs,<br><br>    v.<br><br>WHIRLPOOL CORPORATION,<br><br>      Defendant. | Case No. 23-cv-05114-RFL<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 86 |

      The Court's preliminary approval order (Dkt. No. 78) requires that "[t]he Settlement Administrator shall maintain a settlement website that includes an interactive online claim form and online Request for Exclusion form that users can submit directly through the website." However, the site provided by Angeion Group in its notice (Dkt. No. 86) does not allow users to submit an exclusion form directly through the site, and instead requires class members to either email their completed forms to info@CoolingSettlement.com or return them by U.S. mail. Nor does the exclusion form appear to be interactive, and instead appears to require users to download the form, print it (or use software to edit it), fill it out, and then mail or email it. Accordingly, the parties are **ORDERED** either (a) to submit a declaration that this has been corrected, that the website will continue to accept opt outs through April 11, 2025, and that the opt out deadline has been corrected on the website;[1] or (b) to show cause why the existing opt out form comports with the Court's preliminary approval order, by **February 28, 2025**.

      **IT IS SO ORDERED.**

Dated: February 24, 2025

                                                                      RITA F. LIN<br>
                                                                      United States District Judge

---

[1] Upon receipt of that declaration, the Court intends to extend the deadline for opt outs to April 11, 2024, and for the Settlement Administrator to file a list of all exclusions to April 25, 2024, and to leave in place all other deadlines (including the date of the Fairness Hearing).